IDA BERG *vs.* JOHN JOHNSON.

OTTO JOHNSON *vs.* IDA BERG and Husband.

June 15, 1887.

These actions were brought in the district court for Hennepin county, to obtain the dissolution and accounting of alleged copartnerships, and were consolidated by order of the court. Defendant John Johnson appeals from an order by *Young*, J., refusing a new trial.

*Merrick, Davenport & Thian*, for appellant.

*Penney & Hammond*, for respondent.

*By the Court.* It appears to us that these two cases (which were consolidated below) present no important questions except of fact. As to those questions, we are of opinion that the findings of the trial court are supported by the evidence.

Order affirmed.